SHANKER ET AL. *v.* RANKIN, CORPORATION
COUNSEL OF THE CITY OF NEW YORK

No. 552.   Decided December 8, 1969

*Ralph P. Katz* for appellants.

*J. Lee Rankin, pro se, Frederic S. Nathan,* and *Stanley Buchsbaum* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted.